**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, v. RENE SANCHEZ-GOMEZ, *Defendant-Appellant.* | No. 13-50561 D.C. No. 3:13-mj-03928-BLM-LAB-1 |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, v. MOISES PATRICIO-GUZMAN, *Defendant-Appellant.* | No. 13-50562 D.C. No. 3:13-mj-03882-JMA-LAB-1 |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, v. JASMIN ISABEL MORALES, AKA Jasmin Morales, *Defendant-Appellant.* | No. 13-50566 D.C. No. 3:13-cr-04126-JLS-1 |

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

MARK WILLIAM RING,
*Defendant-Appellant.*

No. 13-50571

D.C. No.
3:13-cr-03876-
MMA-1

ORDER

On Remand From The United States Supreme Court

Filed July 2, 2018

**ORDER**

THOMAS, Chief Judge:

These cases shall be dismissed as moot in accordance with the Supreme Court's decision in *United States v. Sanchez-Gomez*, No. 17–312 (May 14, 2018).